```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 08352
   CRUZ SALGADO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-7986


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/07/2008 and was confirmed 07/14/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
TOWN OF CICERO             SECURED              570.00          .00          60.00
WASHINGTON MUTUAL BANK     CURRENT MORTG           .00          .00            .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE     26131.29           .00            .00
A/R CONCEPTS               UNSEC W/INTER   NOT FILED            .00            .00
NATIONAL CAPITAL MANAGEM   UNSEC W/INTER       554.82           .00            .00
SPRINT PCS                 UNSEC W/INTER   NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER   NOT FILED            .00            .00
TRUMP CASINO               UNSEC W/INTER   NOT FILED            .00            .00
AMERITECH                  UNSEC W/INTER   NOT FILED            .00            .00
AT & T BROADBAND           UNSEC W/INTER   NOT FILED            .00            .00
DIVERSIFIED EMERG SERV     UNSEC W/INTER   NOT FILED            .00            .00
US CELLULAR                UNSEC W/INTER   NOT FILED            .00            .00
LEGACY VISA                UNSEC W/INTER   NOT FILED            .00            .00
ILLINOIS DEPT OF HUMAN S   UNSEC W/INTER   NOT FILED            .00            .00
FCNB MASTER TRUST          UNSEC W/INTER   NOT FILED            .00            .00
MED COLLECTIONS SERVICES   UNSEC W/INTER   NOT FILED            .00            .00
LOYOLA UNIVERSITY PHYSCN   UNSEC W/INTER   NOT FILED            .00            .00
SPRINT PCS                 UNSEC W/INTER   NOT FILED            .00            .00
TCF BANK                   UNSEC W/INTER   NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      335.24            .00            .00
SANTIAGO CRUZ              NOTICE ONLY    NOT FILED             .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER      687.34            .00            .00
WASHINGTON MUTUAL BANK     NOTICE ONLY    NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,314.00                          998.01
TOM VAUGHN                 TRUSTEE                                            91.99
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,150.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08352 CRUZ SALGADO
```

```
PRIORITY                                                            .00
SECURED                                                           60.00
UNSECURED                                                           .00
ADMINISTRATIVE                                                   998.01
TRUSTEE COMPENSATION                                              91.99
DEBTOR REFUND                                                       .00
                                    ---------------    ---------------
TOTALS                                     1,150.00           1,150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                                            _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE